■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREVOR DOBSON, Appellant. (Appeal No. 1.) [897 NYS2d 317]— Appeal from a judgment of the Steuben County Court (Marianne Furfure, J.), rendered October 20, 2008. The judgment convicted defendant, upon his plea of guilty, of driving while intoxicated, as a class D felony, and aggravated unlicensed operation of a motor vehicle in the first degree.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREVOR DOBSON, Appellant. (Appeal No. 2.) [893 NYS2d 911]— Appeal from a judgment of the Steuben County Court (Marianne Furfure, J.), rendered October 20, 2008. The judgment convicted defendant, upon his plea of guilty, of driving while intoxicated, as a class D felony, and aggravated unlicensed operation of a motor vehicle in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Dobson* (70 AD3d 1413 [2010]). Present—Centra, J.P., Fahey, Peradotto, Carni and Lindley, JJ.